CA 05-73E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CEMENT ) | Civil Action No.:05-73E |
| MASONS LOCAL 526 COMBINED FUNDS ) | |
| INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SOUTH SHORE CONCRETE FINISHING, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT FOR ENTRY OF DEFAULT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA ) | |
| ) ss. | |
| COUNTY OF ALLEGHENY ) | |

    Stephen J. O'Brien, Esquire being duly sworn, says that he is the attorney for Plaintiff(s) in the above-entitled action; that the Complaint and Summons in this action were served on the Defendant on March 11, 2005; that the time within which Defendant may answer or otherwise move as to the complaint has expired; that the Defendant has not answered or otherwise moved and that the time for Defendant to answer or otherwise move has not been extended.

_____
Stephen J. O'Brien, Esquire

Sworn to and subscribed before me
This 5th day of July, 2005

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Melissa A. Bianchin, Notary Public
Upper St. Clair Twp., Allegheny County
My Commission Expires Apr. 23, 2007

Member, Pennsylvania Association Of Notaries