# STEPHEN J. O'BRIEN & ASSOCIATES
### Attorneys at Law

Stephen J. O'Brien
Andrea K. Mitchel
Russell Gerney

July 5, 2005

Susan Parmeter, Division Supervisor
Clerk of Courts
P.O. Box 1820
Erie, PA 16507

**Re: Board of Trustees of Cement Masons Local 526 Combined Funds, Inc. v. South Shore Concrete Finishing, Inc.**

Dear Ms. Parmeter:

    Enclosed please find an original and two copies of the Request to Enter Default/Request for Default Judgment. Please accept the same for filing and return a stamped copy to me in the enclosed self-addressed, stamped envelope.

    If you should have any questions feel free to contact me at (412) 833-5949.

Sincerely,

*Melissa Bianchin*
Melissa Bianchin
Paralegal

Enclosures

---

71 McMurray Road, Suite 205
Pittsburgh, Pennsylvania 15241
(412) 833-5949  Fax (412) 833-6002

Toll Free: 1-866-LAW-ANSW
sjoatty@hotmail.com

1320 Eisenhower Blvd., Suite 600
Johnstown, Pennsylvania 15904
(814) 269-2197