CA 05-73E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTH SHORE CONCRETE FINISHING, INC., <br><br> Defendant. | Civil Action No.:05-73E <br><br> **REQUEST FOR DEFAULT JUDGMENT** |

Filed on Behalf of:
Plaintiffs

Counsel of Record:
Stephen J. O'Brien, Esq.
PA I.D. # 59204

STEPHEN J. O'BRIEN AND
ASSOCIATES
71 McMurray Road, Ste.205
Pittsburgh, PA 15241

(412) 833-5949