CA 05-73E

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTH SHORE CONCRETE FINISHING, INC., <br><br> Defendant. | Civil Action No.:05-73E |

### AFFIDAVIT FOR DEFAULT JUDGMENT

COMMONWEALTH OF PENNSYLVANIA )
) ss.
COUNTY OF ALLEGHENY )

Stephen J. O'Brien, Esquire, being duly sworn, says that he is the Attorney for the Plaintiffs(s) in the above-entitled action; that the amount due Plaintiff from Defendant is $26,196.53, plus costs; and that Defendant is not an infant or incompetent person; that the default for the Defendant has been entered for failure to appear in the action; that the amount shown is justly due and owing and that no part thereof has been paid; and that the Defendant is not in the military service of the United States.

Stephen J. O'Brien, Esquire

Sworn to and subscribed before me this

5th day of July, 2005

Notary Public

My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Melissa A. Bianchin, Notary Public
Upper St. Clair Twp., Allegheny County
My Commission Expires Apr. 23, 2007
Member, Pennsylvania Association Of Notaries